PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Art Green                                Cr.: 05-000197-001
                                                           PACTS #: 41623

Name of Sentencing Judicial Officer: Honorable John C. Lifland/ Judge Designate

Date of Original Sentence: 07/11/05

Original Offense: Embezzlement by Bank Employee

Original Sentence: 30 months imprisonment followed by a five-year-term of supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/15/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Green's supervised release term is scheduled to expire on June 14, 2012, and he has an outstanding restitution obligation of $328,848.77. The offender has satisfied his special assessment fee, and has been in compliance with the payment schedule. |

U.S. Probation Officer Action:

The probation office recommends that the offender's supervised release term be allowed to expire on June 14, 2012. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,
Maureen Kelly
By: Kellyanne Kelly
    Senior U.S. Probation Officer
Date: 5/14/2012

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

June 4, 2012
_____
Date